UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-21470-CIV-HUCK/O'SULLIVAN

TAMAR DIAMONDS, INC. And
YEHEZKEL NISSENBAUM,
    Plaintiffs,

v.

SPLENDID DIAMONDS LLC and
SALOMON ZICHERMAN,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendants' Verified Motion for Award of Attorneys' Fees (DE # 15, 8/5/10). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the plaintiffs, and a response having been due, it is

ORDERED AND ADJUDGED that the plaintiffs shall file a response to the Defendants' Verified Motion for Award of Attorneys' Fees (DE # 15, 8/5/10) on or before October 5, 2010. The failure to file a response may result in a recommendation that the Defendants' Verified Motion for Award of Attorneys' Fees (DE # 15, 8/5/10) be granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 21st day of September, 2010.

/s/ John J. O'Sullivan
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All counsel of record