UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-21470-CIV-HUCK/O'SULLIVAN

TAMAR DIAMONDS, INC. and
YEHEZKEL NISSENBAUM,

          Plaintiffs,

vs.

SPLENDID DIAMONDS LLC and
SALOMON ZICHERMAN,

          Defendants.
_____/

## ORDER ON REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Defendants' Verified Motion for Award of Attorneys' Fees [D.E. #15], filed August 15, 2010. On January 11, 2011, Magistrate Judge John O'Sullivan entered a Report and Recommendation [D.E. #27], in which he recommended that the Motion be granted in part and denied in part. Judge O'Sullivan further recommended that Defendants be awarded fees in the amount of $13,385.80. On January 25, 2011, both Plaintiff Nissenbaum and Defendants filed objections to the Report and Recommendation [D.E. #28, 29].

The Court has independently reviewed the Report and Recommendation, the parties' objections, the pertinent portions of the record, and is otherwise duly advised. The Court finds that it may award attorneys fees in this case. *See Jim Cooley Construction, Inc. v. North American Construction Corp.*, 46 F.3d 1151 (10th Cir. 1995). The Court finds that the fees amount recommended by the Report is reasonable. Therefore, the Court adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, it is

ORDERED that Judge O'Sullivan's Report and Recommendation [D.E. #27] is ADOPTED, and Defendants Verified Motion for Attorney's Fees [D.E. #15] is GRANTED IN PART, DENIED IN PART. Defendants are awarded fees in the amount of $13,385.80. The Court overrules Plaintiff Nissenbaum's and Defendants' objections.

      DONE in Chambers, Miami, Florida, on February 2, 2011.

                                                 Paul C. Huck
                                        United States District Judge

**Copies furnished to:**
All counsel of record